UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Gregory White, Jr | CASE NO: 15-30534<br>(Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
3002.1(h) REQUESTING COURT TO DETERMINE WHETHER ALL PREPETITION
DEFAULTS HAVE BEEN CURED AND ALL REQUIRED POST-PETITION
PAYMENTS HAVE BEEN MADE TO US BANK TRUST NATIONAL ASSOCIATION (COURT CLAIM 8,
TRUSTEE CLAIM 63) AND SCHEDULING HEARING THEREON
(DOCS. 71 & 74)

   The Trustee has filed and served a Notice of Final Cure Payment pursuant to Fed. R. Bankr. P. 3002.1(f) (Doc. 71), and the Creditor, US BANK TRUST NATIONAL ASSOCIATION, has filed a response to that notice (Doc. 74). Accordingly, pursuant to Fed. R. Bank. P. 3002.1(h), the Trustee moves the Court for an order determining whether all prepetition defaults have been cured and whether all required post-petition payments have been made to the Creditor.

Respectfully Submitted,

/s/ *John G Jansing*

John G Jansing 0040926
Chapter 13 Trustee
131 N. Ludlow St. Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com

**CERTIFICATE OF SERVICE**  15-30534

I hereby certify that a copy of the Motion Requesting Court To Determine Whether All Prepetition Defaults Have Been Cured was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on August 20, 2020 addressed to:

| Gregory White, Jr | (63.4) | (63.3) |
|---|---|---|
| 6640 Deer Bluff Drive | MOLLY SLUTSKY SIMONS | US BANK TRUST NATIONAL ASSOCIATION |
| Dayton, OH  45424 | SOTTILE & BARILE | C/O SN SERVICING CORPORATION |
| | 394 WARDS CORNER RD STE 180 | 323 FIFTH STREET |
| | LOVELAND, OH  45140 | EUREKA, CA  95501 |

/s/_JOHN G JANSING_____
John G Jansing 0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com